UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20592-COOKE/O'SULLIVAN

PORSCHE DARDEN,
ELLIDRIA GRIFFIN, and
ALEXIS KING, et al.,

    Plaintiffs,

vs.

FLY LOW, INC., and TERI GALARDI,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge, ECF No. 34, regarding Plaintiff Alexis King's Expedited Motion to Reopen Case to Confirm Final Arbitral Award and Enter Final Judgment, ECF No. 28.

In his Report and Recommendation, Judge O'Sullivan recommends granting Plaintiffs' Motion. Defendants have not objected to Judge O'Sullivan's Report and Recommendation, and the time to do so has passed. The Court has reviewed the Report and Recommendation and the relevant record and agrees with the reasoning and recommendations set forth therein. Accordingly, Judge O'Sullivan's Report and Recommendation is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Plaintiff's Motion is **GRANTED** and the Final Arbitration Award entered August 6, 2021 is **CONFIRMED**.

**DONE and ORDERED** in chambers, at Miami, Florida, this 15th day of September 2021.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge