DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |

**TO THE MARSHAL OF:** Southern District of Florida

20cv20592

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

Teri G. Galardi

you cause to be made and levied as well a certain debt of: $468,446.62

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| Four Hundred Sixty Eight Thousand Four Hundred Forty Six Dollars | and Sixty Two Cents |

in the United States District Court for the **Southern** District of **Florida**, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Teri G. Galardi

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE 15820 Southwest 53rd Court | DISTRICT Ft. Lauderdale |
| CITY Southwest Ranches | DATE 9-21-21 |

Witness the Honorable **Marcia G. Cooke**
(United States Judge)

| DATE 9-21-21 | CLERK OF COURT Angela E. Noble |
| | (BY) DEPUTY CLERK Suzanne Carlton |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |