UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-20592-COOKE/O'SULLIVAN

PORSCHE DARDEN, *et al.*,

    Plaintiffs,

v.

FLY LOW, INC., *et al.*,

    Defendants.

_____/

**ORDER**

THIS MATTER is before the Court on the Plaintiff Alexis King's Motion for Proceedings Supplementary Including Impleader of Third-Party Kelly Galardi as Trustee and Michael Porter with Supporting Memorandum of Law (DE# 41, 9/23/21) (hereinafter "Motion"). This matter was referred to the undersigned pursuant to 28 U.S.C. § 636. See Order (DE# 29, 8/8/21). Having review the Motion, the declaration of Astrid Gabbe, Esq., exhibits and the applicable law, it is

ORDERED AND ADJUDGED that the Plaintiff Alexis King's Motion for Proceedings Supplementary Including Impleader of Third-Party Kelly Galardi as Trustee and Michael Porter with Supporting Memorandum of Law (DE# 41, 9/23/21) is GRANTED as follows:

1. Ms. King is hereby authorized and entitled to commence proceedings supplementary in this action under the same case number pursuant Federal Rule of Civil Procedure 69 and Section 56.29 of the Florida Statutes.  See General Trading Inc. v. Yale Materials Handling Corp., 119 F.3d 1485, 1496 n. 22 (11th Cir. 1997) (quoting Allied Indus. Int'l, Inc. v. AGFA-GEVAERT, Inc., 688 F. Supp. 1516, 1517 (S.D. Fla. 1988), aff'd, 900 F.2d 264 (11th Cir. 1990)

(Table) (citation omitted)).

2. Ms. King shall serve the Motion and Notice to Appear upon the impleaded third-parties, Kelly Galardi as Trustee and Michael Porter directing them to file an affidavit pursuant to Fla. Stat. § 56.16, with the Court within 7 business days from the date of Service of the Notice to Appear.

3. To assure due process, Ms. King must effectuate proper service of process upon Ms. Galardi and Mr. Porter in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. This matter is set for a status hearing via Zoom before the undersigned on **Monday, October 25, 2021 at 2:00 P.M.   The parties shall participate in the status hearing set before the undersigned using Zoom.   The Court will email counsel the Zoom meeting ID and password. Prior to the status hearing, the parties shall confer and attempt to resolve and narrow the issues for the Court. The parties shall be prepared to discuss the need for an evidentiary hearing**.   Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

5. The plaintiff shall **promptly** notify all impleaded parties of the time and date of the status hearing.

DONE AND ORDERED in Chambers at Miami, Florida this **29th** day of September, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE