## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20592-COOKE/O'SULLIVAN

**PORSCHE DARDEN**, *et al.*,

   Plaintiffs,

v.

**FLY LOW, INC.**, et al.

   Defendants.

_____/

## NOTICE TO APPEAR

TO:

MICHAEL PORTER

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary to satisfy a judgment by application of the following: Real Property located at 15820 SW 53rd Ct Southwest Ranches, FL, 33331 in Broward County, Florida ("Property") has been initiated against you by judgment creditor Alexis King. You are required to serve an affidavit within 7 business days after the date of service stating that the Property belongs to you. The affidavit must include any fact or legal defense opposing the application of the Property toward the satisfaction of the judgment on Alexis King's legal counsel at:

                Astrid E. Gabbe, Esq.
                P.O. Box 4216
                Hollywood, FL, 33083

You must file the original affidavit with the clerk of this court either before service on the judgment creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your Property has been levied on and you choose to oppose the application of the Property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of the judgment creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said Property on demand of said officer if it is adjudged to be the property of the judgment debtor and to pay the judgment creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR OR SURRENDER THE PROPERTY OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR TO THE JUDGMENT CREDITOR.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of September, 2021.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE