UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-20592-COOKE/O'SULLIVAN

PORSCHE DARDEN,
et al.,

    Plaintiffs,
vs.

FLY LOW, INC., et al.,

    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on Plaintiff[ ] Lygia Simmons' Expedited Motion to Confirm Arbitration Award and for Entry of Judgment (DE# 46, 10/7/21) and Plaintiffs Elldria Griffen and Marquisha Holmes['] Expedited Motion to Confirm Arbitration Award and for Entry of Judgment (DE# 47, 10/7/21). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the defendant(s) shall file a response to Plaintiff[ ] Lygia Simmons' Expedited Motion to Confirm Arbitration Award and for Entry of Judgment (DE# 46, 10/7/21) and Plaintiffs Elldria Griffen and Marquisha Holmes['] Expedited Motion to Confirm Arbitration Award and for Entry of Judgment (DE# 47, 10/7/21) on or before **Thursday, October 21, 2021**. Any reply shall be filed no later than **Thursday, October 28, 2021**.

DONE AND ORDERED in Chambers at Miami, Florida this **13th** day of October, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE