### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | | |
|---|---|---|
| PORSCHE DARDEN, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | 20-cv-20592-UU |
| | : | |
| FLY LOW, INC. and TERI GALARDI, | : | |
| | : | |
| Defendants. | : | |

**FINAL MONEY JUDGMENT IN FAVOR OF LAKEISHA FENNER**

Following an arbitration hearing, the Arbitrator issued an award in favor of Plaintiff LAKEISHA FENNER in the amount of $487,199.84. The Court confirmed the award without modification**.** The Court now enters final judgment in favor of Plaintiff LaKeisha Fenner and against Defendant Teri G. Galardi.

Accordingly, it is hereby ORDERED AND ADJUDGED that a Final Judgment is entered for Plaintiff LaKeisha Fenner and against Defendant Teri G. Galardi in the amount of $487,199.84, FOR WHICH SUM LET EXECUTION ISSUE.

The Court retains jurisdiction of this matter for the purpose of enforcing the final judgment pursuant to Federal Rules of Civil Procedure 69 and for a determination of fees and costs.

**DONE and ORDERED** in Chambers in Miami, Florida, on October ____, 2021.

                                                  _____
                                                                MARCIA G. COOKE
                                           UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
All Counsel of Record