UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 20-CV-20592-COOKE/O'SULLIVAN

PORSCHE DARDEN,
ELLIDRIA GRIFFIN, and
ALEXIS KING, *et al.,*

    Plaintiffs,
vs.

FLY LOW, INC., and
TERI GALARDI,

    Defendants.
                                    /

## ADDENDUM TO REPORT AND RECOMMENDATION

This matter is before the Court on the plaintiff Lygia Simmons' Motion for Judgment (DE# 48, 10/8/21) and the plaintiff Ellidria Griffin's Motion for Judgment (DE# 49, 10/8/21).[1] These matters were referred to Chief United States Magistrate Judge John J. O'Sullivan by the Honorable Marcia Cooke, United States District Court Judge for the Southern District of Florida, pursuant to 28 U.S.C. § 636(b). (DE# 29, 8/8/21).

On November 3, 2021, the undersigned issued a Report and Recommendation that "respectfully recommends that Plaintiffs [sic] Lygia Simmons' Expedited Motion to Confirm Final Arbitral Award and Enter Final Judgment (DE# 46, 10/7/21) and Plaintiffs Ellidria [Griffin] and Marquisha Holmes['] Expedited Motion to Confirm Final Arbitral Award and Enter Final Judgment (DE# 47, 10/7/21) ... be granted and the Final Awards

---

[1] The images of the proposed Final Award of Arbitrator are attached as Exhibit A to the plaintiffs' respective Motions to Confirm Arbitration Award. See proposed Final Award of Arbitrator filed by the plaintiff, Lygia Simmons (DE# 46-1, 10/7/21); and proposed Final Award of Arbitrator filed by the plaintiff, Ellidria Griffin (DE# 47-1, 10/7/21).

in favor of the plaintiffs be confirmed and final judgments be entered." (DE# 69, 11/3/21) (emphasis omitted). See Report and Recommendation (DE# 69, 11/3/21). The Clerk of Court separated the plaintiffs' respective motions for final judgment which were subsumed in their respective motions to confirm final arbitral awards and docketed them as Motion for Judgment filed by the plaintiff Lygia Simmons (DE# 48, 10/8/21) and Motion for Judgment filed by the plaintiff Ellidria Griffin (DE# 49, 10/8/21).

Having recommended that the Court grant the motions to confirm final arbitral awards and enter final judgment in favor of the plaintiffs in the undersigned's November 3, 2021 Report and Recommendation, the undersigned RESPECTFULLY RECOMMENDS that the Court GRANT the plaintiff Lygia Simmons' Motion for Judgment (DE# 48, 10/8/21) and the plaintiff Ellidria Griffin's Motion for Judgment (DE# 49, 10/8/21).  The undersigned further RESPECTFULLY RECOMMENDS that the proposed Final Award of Arbitrator filed by the plaintiff, Lygia Simmons (DE# 46-1, 10/7/21) and the proposed Final Award of Arbitrator filed by the plaintiff Ellidria Griffin (DE# 47-1, 10/7/21) be ENTERED.

The parties will have fourteen (14) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Marcia G. Cooke, United States District Court Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Harrigan v. Metro Dade Police Dep't Station #4, 977 F.3d 1185, 1191-1192 (11th Cir.

2020); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

    RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 10th day of November, 2021.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE