UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-20592-COOKE/O'SULLIVAN

PORSCHE DARDEN, *et al.*,

    Plaintiffs,

v.

FLY LOW, INC., *et al.*,

    Defendants.

_____/

## **ORDER SETTING STATUS CONFERENCE AND SETTING BRIEFING SCHEDULES**

    THIS MATTER is before the Court regarding supplementary proceedings including the impleader of third parties, Kelly Galardi, as Trustee, and Michael Porter. During the status hearing held via Zoom on November 29, 2021, the undersigned set the briefing schedules regarding the Judgment Creditor Alexis King's Motion to Execute and to Order the Levy and Sale of Assets Owned by Judgment Debtor, Teri Galardi (DE # 72, 11/17/21) as well as regarding memoranda to address issues regarding service of process on the third parties, Kelly Galardi, Trustee, and Michael Porter.

    PLEASE TAKE NOTICE that this matter is set for a status hearing via Zoom before the Court on **Thursday, January 20, 2021 at 10:00 A.M.   The parties shall participate in the status hearing set before the undersigned using Zoom.   The Court will email counsel the Zoom meeting ID and password. Prior to the status hearing, the parties shall confer and attempt to resolve and narrow the issues for the Court. The parties shall be prepared to discuss the need for an evidentiary hearing**.   Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.   It is further

    ORDERED AND ADJUDGED that the plaintiff shall **promptly** notify all impleaded parties of the time and date of the status hearing.   It is further

    ORDERED AND ADJUDGED that by **December 6, 2021**, the defendant shall file her response to the Judgment Creditor Alexis King's Motion to Execute and to Order the Levy and Sale of Assets Owned by Judgment Debtor, Teri Galardi (DE # 72, 11/17/21). The plaintiff, Alexis King, shall file her reply by **December 30, 2021**.   It is further

ORDERED AND ADJUDGED that by **December 13, 2021**, the defendant shall file her memorandum of law regarding service of process on the third parties, Kelly Galardi, as Trustee, and Michael Porter. The plaintiff, Alexis King, shall file her response by **December 30, 2021**, and the defendant shall file her reply by **January 6, 2022.**

DONE AND ORDERED in Chambers at Miami, Florida this **29th** day of November, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE