UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20592-COOKE/O'SULLIVAN

PORSCHE DARDEN,
ELLIDRIA GRIFFIN, and
ALEXIS KING, et al.,

    Plaintiffs,

vs.

FLY LOW, INC., and TERI GALARDI,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Reports and Recommendations of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge, ECF Nos. 69 & 71, on various pending Motions in this case.

Judge O'Sullivan recommends granting the Motions to Confirm Arbitration Award (ECF Nos. 46, 47, & 59). Judge O'Sullivan also recommends granting the Motions for Judgment (ECF Nos. 48 & 49). None of the Parties have filed objections to the Reports and the time to do so has passed. Accordingly, Judge O'Sullivan's Reports and Recommendations (ECF Nos. 69 & 71) are **AFFIRMED and ADOPTED** as the Orders of this Court. The Motions to Confirm Arbitration Award (ECF Nos. 46, 47, & 59) are **GRANTED**. The Motions for Judgment (ECF Nos. 48 & 49) are also **GRANTED**. The Parties are to submit proposed final judgements to the Court.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of November 2021.

_____
MARCIA G. COOKE
United States District Judge