IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| PORSCHE DARDEN, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | 20-cv-20592-UU |
| | : | |
| FLY LOW, INC. and TERI GALARDI, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF FILING PROPOSED
FINAL MONEY JUDGEMENT AS TO LAKEISHA FENNER, MARQUISHA
HOLMES AND ELLIDRIA GRIFFEN**

NOW COMES Lakeisha Fenner, Marquisha Holmes and Ellidria Griffen and informs the court that pursuant to this Court's Order Adopting the Magistrates Judge's Report and Recommendation **[ECF 77]**, their proposed Final Money Judgements has been submitted to the Court.[1]

Respectfully submitted this 16th day of December, 2021.

s/ Astride E. Gabbe, Esq.
P.O. Box 4216
Hollywood FL 33083
Bar #635383
954-303-9882
astridgabbe@gmail.com

-2-

---

[1] The documents were emailed to chambers on December 10, 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 16th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Astride E. Gabbe, Esq.
P.O. Box 4216
Hollywood FL 33083
Bar #635383
954-303-9882
astridgabbe@gmail.com
