# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 20-cv-20592-COOKE/O'SULLIVAN

PORSCHE DARDEN, *et al.*,

    Plaintiffs,

vs.

FLY LOW, INC. AND TERI GALARDI,

    Defendants.

_____/

## JUDGMENT CREDITOR ALEXIS KING'S
## REPLY BRIEF IN SUPPORT OF HER MOTION
## <u>TO COMPEL RESPONSES TO DISCOVERY REQUESTS</u>

Judgment Creditor, Alexis King ("King"), by and through the undersigned counsel, hereby files this reply brief in support of her motion to compel the production of all documents sought and as grounds thereof states the following:

Counsel served discovery on September 21, 2021 [ECF 62-1,2]. Counsel for Debtor states in the response brief "[T]eri Galardi responded, in writing, to Ms. King's Request for Production in aid of execution on October 28, 2021, which were electronically served upon Ms. King's counsel" (response brief @ p.1). This fact is not in dispute. The response was, therefore, late and all asserted objections are waived. Moreover, debtor never moved the Court for a

protective order.   Respectfully, the Court should grant the motion and order all documents produced within 10 business days.

Respectfully submitted this 29th day of December, 2021.

/s/Astrid E. Gabbe, Esq.
FL Bar #635383
The Law Office of Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, FL 33083
Email: astridgabbe@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the NextGen CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record on the Service List via transmission of Notices of Electronic Filing generated by the NextGen CM/ECF system.

/s/ Astrid E. Gabbe, Esq.
FL Bar #635383
The Law Office of Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, FL, 33083
954-303-9882
Email: astridgabbe@gmail.com