**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 20-20592-CIV-COOKE-DAMIAN

PORSCHE DARDEN *et. al*,

    Plaintiffs

v.

FLY LOW, INC. AND TERI GALARDI,

    Defendants

_____/

**NOTICE OF FILING AND ASSERTING CHARGING LIEN**
**BY THE LAW OFFICES OF ASTRID E. GABBE, P.A.**
**<u>FOR ATTORNEYS' FEES AND COSTS</u>**

**NOTICE IS GIVEN** that The Law Office of Astrid E. Gabbe, P.A. ("AG") asserts an attorney's charging lien on the Final Judgment entered in the above-captioned proceeding, to Plaintiff Alexis King ("King") [Doc. 37] and on all money due from defendants on such judgment, and any and all assets, property, money or proceeds retained, received or recovered by King, or any of her assigns in connection with this Final Judgment. This charging lien claims attorney's fees and costs due AG for legal services rendered to King in this proceeding. To date, nothing has been paid to the undersigned and $163,956.32 is due to AG.

    **Attorneys for Alexis King**

    Astrid E. Gabbe
    The Law Office of Astrid E. Gabbe, P.A.
    Florida Bar No. 635383
    P.O. Box 4216
    Hollywood, FL 33083
    Tel. (954) 303-9882
    Fax. (954) 983-1427
    astridgabbe@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served via CM/ECF, email and/or First Class U.S. Mail to the parties on the attached service list as indicated on this 17th day of March, 2022.

## SERVICE LIST

*Served via CM/ECF*

All parties of record

*Served via Email*

Alexis King Alexisking717@icloud.com