UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20592-COOKE/DAMIAN

PORSCHE DARDEN, *et al.*,

    Plaintiffs,

vs.

FLY LOW, INC., and TERI GALARDI,

    Defendants.

_____/

**ORDER STAYING CASE UPON NOTICE OF BANKRUPTCY**

THIS CASE is before me upon the Notice of Bankruptcy Filing and Automatic Stay, ECF No. 89. The Notice of Bankruptcy triggers an automatic stay of this case pursuant to 11 U.S.C. § 362. It is therefore, **ORDERED and ADJUDGED** that:

1. This case is **STAYED** until the conclusion of the bankruptcy action involving Defendant TERI GALARDI. All pending motions are **DENIED** *as moot*.

2. Beginning Monday, July 11, 2022, and every ninety days thereafter, counsel for Defendant TERI GALARDI shall file a status report with this Court outlining, in detail, the status of the bankruptcy action. Failure to timely file a status report in compliance with this order may result in sanctions against Counsel. Filing a status report is apprising the Court of the related action; it does not violate the stay.

3. If the bankruptcy court lifts the automatic stay in this matter the parties must provide the Court with a copy of the order within ten days of its issuance.

4. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this matter for statistical purposes. Any party may move to re-open the case should the bankruptcy court lift the automatic stay.

**DONE and ORDERED** in chambers at Miami, Florida, this 12th day of April 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge