UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20592-CIV-SINGHAL/DAMIAN

PORSCHE DARDEN, *et al.*,

    Plaintiffs,

v.

FLY LOW, INC. and
TERI GALARDI,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Report and Recommendation Regarding Effect of Automatic Stay and Plan Injunction Related to Bankruptcy of Defendant Teri Galardi issued by Magistrate Judge Melissa Damian on January 24, 2024. (DE [137]). Objections to the Report and Recommendation were due by January 31, 2024. One limited objection by Teri Galardi ("Galardi") was filed.

This case involved claims for unpaid wages pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* The parties arbitrated the claims as required by the underlying employment agreements. One of the employees, Alexis King ("King"), obtained an award against Defendant Teri Galardi ("Galardi") and the Court entered a Final Judgment for King and against Galardi in the amount of $448,446.62. (DE [37]). Galardi then filed a Petition under Chapter 11 of the Bankruptcy Code in the Middle District of Georgia. On April 12, 2022, this Court entered an Order staying all proceedings in this case due to the automatic stay provisions of 11 U.S.C. § 362. (DE [96]).

King has been pursuing collection efforts in the Bankruptcy Court, but a dispute developed between King and her attorney, Astrid Gabbe ("Gabbe"). King returned to this

Court and filed an Expedited Motion to Reopen and for Substitution. (DE [101]). Gabbe filed several motions to enforce a charging lien. (DE [110], [113], [123], [128]). Gabbe and King filed several other motions relating to the effect of the automatic stay and the bankruptcy. (DE [114], [124], and [132]).

In her Report and Recommendation, the Magistrate Judge concluded that the various motions and filings in this case should be stayed as subject to the Bankruptcy Court's automatic stay. (DE [137]). The Court has conducted a *de novo* review of the issues and finds that the Magistrate Judge's conclusion is supported by the law and the facts of this case. No party has objected to the Magistrate Judge's conclusion.

The Magistrate Judge did order Galardi to submit regular status reports outlining the status of the bankruptcy action. Galardi objected to that portion of the Magistrate Judge's recommendation because the Bankruptcy Court has confirmed her plan of reorganization and established a Liquidating Creditor Trust, giving the Trustee the power to liquidate the Trust's assets. Galardi claims that the Trustee, rather than Galardi, is the real party in interest in both the Bankruptcy Proceeding and this civil action. She requests that she be relieved of the obligation to report on the status of the Bankruptcy Proceeding. The Court has evaluated the need for continued reporting on the Bankruptcy Proceeding and finds that periodic reports are not necessary. If the Bankruptcy Court lifts the automatic stay and there are any issues remaining to be determined by this Court, any party can notify this Court and seek appropriate relief.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation (DE [137]) of the Magistrate Judge is **APPROVED AND ADOPTED.** This matter remains **CLOSED.** All

matters in this Court are **STAYED** unless and until the automatic stay is lifted. No status reports shall be filed. The following motions are **DENIED AS MOOT:**

1. Plaintiff Alexis King's Expedited Motion to Reopen Case (DE [101]);

2. Unopposed Motion to Approve Consent Judgment on Uncontested Attorney Charging Lien (DE [110]);

3. Unopposed Motion to Approve Consent Judgment on Uncontested Attorney Charging Lien (DE [113]);

4. Motion to Vacate Order on Motion to Approve Consent Judgment (DE [114]);

5. Cross Motion for Judgment on Uncontested Attorney Charging Lien (DE [123]);

6. Motion to Substitute Party Joseph Robert Guernsey in Place of Plaintiff Alexis King (DE [124]);

7. Motion for Judgment on Uncontested Attorney Charging Lien, Attorney's Fees, and Costs (DE [128]); and

8. Motion to Strike (DE [132]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of February 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF